990 So.2d 1172 (2008)
V.B., Appellant,
v.
DEPARTMENT OF CHILDREN AND FAMILY SERVICES and the Guardian Ad Litem Program, Appellees.
No. 3D07-2307.
District Court of Appeal of Florida, Third District.
September 10, 2008.
Albert W. Guffanti, Miami, for appellant.
Karla Perkins, Miami, and Hillary S. Kambour, for appellees.
Before CORTIÑAS and SALTER, JJ., and SCHWARTZ, Senior Judge.
PER CURIAM.
Affirmed. See §§ 39.806(1)(f), .806(2), Fla. Stat. (2006); In re T.M., 641 So.2d 410 (Fla.1994); N.R.R. v. Dep't of Children & Families, 959 So.2d 359 (Fla. 3d DCA 2007).